UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| MARLENE H. BIXBY, MARTHA ROGERS, WILLIAM NICKLES, and ELEANOR NICKLES,<br><br>          Plaintiffs,<br><br>v.<br><br>LIFESPACE COMMUNITIES, INC., *d/b/a* Friendship Village of Bloomington,<br><br>          Defendant. | Civil No. 18-817 (JRT/KMM)<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR CLARIFICATION** |

Edward P. Sheu, **BEST & FLANAGAN LLP**, 60 South Sixth Street, Suite 2700, Minneapolis, MN  55402, for Plaintiff Marlene Bixby.

Adam G. C handler, **BRIGGS & MORGAN, P.A.**, 80 South Eighth Street, Suite 2200, Minneapolis, MN  55402, for Plaintiff Martha Rogers.

Marnie E. Fearon and Amy E. Erickson, **GRAY PLANT MOOTY**, 80 South Eighth Street, Suite 500, Minneapolis, MN  55402, for Plaintiffs William and Eleanor Nickles.

Thomas F. DeVincke, **MALKERSON GUNN MARTIN LLP**, 220 South Sixth Street, Suite 1900, Minneapolis, MN  55402, and Patrick B. Steinhoff, **DEWITT, MACKALL, CROUNSE & MOORE, S.C.**, 901 Marquette Avenue, Suite 1400, Minneapolis, MN  55402, for defendant.

On March 30, 2018, the Court issued an order enjoining Defendant Lifespace from, among other things, "[s]elling, agreeing to sell, or promising to sell any part or interest in a development or redevelopment affecting Plaintiffs' respective homes." [Docket No. 16]   Lifespace now requests clarification and/or instruction on the

application of this Order. [Docket No. 18] Because the language of the Order is clear, the Court will deny Lifespace's request. The Court reminds the parties that the purpose of the Order is to preserve the status quo.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Letter Requesting Clarification and/or Instruction [Docket No. 18] is **DENIED**.

DATED:  April 20, 2018        _____s/John R. Tunheim\_\_\_\_
at Minneapolis, Minnesota.       JOHN R. TUNHEIM
      Chief Judge
      United States District Court